UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                              CASE NO.: 19-28153-JNP
                                                                    CHAPTER 13

Vincent Sceno, Jr. ,

   Debtor

Leigh A. Willis-Sceno


   Joint Debtor

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Harold Kaplan
    Harold Kaplan, Esquire
    Email: hkaplan@rasnj.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICE OF ANTHONY LANDOLFI, ESQ. PC

295 BRIDGETON PIKE  P.O. BOX 111

MANTUA, NJ 08051

ISABEL C. BALBOA

CHAPTER 13 STANDING TRUSTEE

CHERRY TREE CORPORATE CENTER

535 ROUTE 38 - SUITE 580

CHERRY HILL, NJ 08002

U.S. TRUSTEE

ONE NEWARK CENTER STE 2100

NEWARK, NJ 07102

VINCENT SCENO, JR.

539 LINCOLN AVENUE

PAULSBORO, NJ 08066

LEIGH A. WILLIS-SCENO

539 LINCOLN AVENUE

PAULSBORO, NJ 08066

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Harold Kaplan
Harold Kaplan, Esquire
Email: hkaplan@rasnj.com