**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease          0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  Vincent Sceno, Jr.
        Leigh A. Willis-Sceno

Case No.: 19-28153
Judge: Jerrold N. Poslusny, Jr.

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required          Date: 10/30/2019
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney _____    Initial Debtor: **V S**    Initial Co-Debtor **LAW**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **950.00 Monthly** to the Chapter 13 Trustee, starting on **October 1, 2019** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Anthony Landolfi** | **Attorney Fees** | **2,560.00** |
| **State of New Jersey** | **Taxes and certain other debts** | **998.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None

2

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| PNC Bank, NA | 539 Lincoln Avenue Paulsboro, NJ 08066 Gloucester County | 9,752.00 | 5.00 | 10,359.28 | 582.00 |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Mr. Cooper Mortgage Co.** | **572 N Delaware Street Paulsboro, NJ 08066  Gloucester County Investment Property - To be surrendered** | **70,000.00** | **0.00** |
| **Select Portfolio Servicing, Inc** | **572 N Delaware Street Paulsboro, NJ 08066  Gloucester County Investment Property - To be surrendered** | **70,000.00** | **0.00** |

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
**Bank of America**
**Ford Motor Credit**
**GM Financial**

### g. Secured Claims to be Paid in Full Through the Plan ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Borough of Paulsboro** | **539 Lincoln Avenue Paulsboro, NJ 08066  Gloucester County** | **5,505.00** |
| **Mariner Finance** | **Household Goods & Furnishings** | **3,000.00** |

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☐    Not less than ___ percent

☑    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases    ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

4

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **Ford Motor Cred.** | **0.00** | **Lease: 2017 Ford Escape** | **Assume** | **371.00** |
| **ACAR Leasing** | **0.00** | **Lease: 2018 GMC Terrain** | **Assume** | **344.00** |

## Part 7:  Motions       ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

  a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
  The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

  b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

  The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

  c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

  The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:  Other Plan Provisions
  a. **Vesting of Property of the Estate**
     ☑ Upon Confirmation
     ☐ Upon Discharge

  b. **Payment Notices**
  Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

5

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **10/30/2019**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To add two Vehicle Leases to part 6 | Leases added to Part 6 |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **October 30, 2019**    **/s/ Vincent Sceno, Jr.**
**Vincent Sceno, Jr.**
Debtor

Date: **October 30, 2019**    **/s/ Leigh A. Willis-Sceno**
**Leigh A. Willis-Sceno**
Joint Debtor

Date **October 30, 2019**    **/s/ Anthony Landolfi**
**Anthony Landolfi**
Attorney for the Debtor(s)

6

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-28153-JNP
Vincent Sceno, Jr.                                                    Chapter 13
Leigh A. Willis-Sceno
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Oct 30, 2019
                              Form ID: pdf901          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
```
db/jdb         +Vincent Sceno, Jr.,    Leigh A. Willis-Sceno,    539 Lincoln Avenue,    Paulsboro, NJ 08066-1136
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,     P.O. Box 62180,
                Colorado Springs, CO 80962-2180
cr             +CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION,    PO BOX 94982,     CLEVELAND, OH 44101-4982
cr             +U.S. Bank National Association, as Trustee for Ban,     RAS Crane, LLC,
                10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
518499411      +ACAR Leasing LTD,    PO Box 183853,    Arlington, TX 76096-3853
518474862     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,     El Paso, TX 79998)
518474863      +Best Egg,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
518474864      +Borough of Paulsboro,    Tax Collector,    1211 Delaware Street,    Paulsboro, NJ 08066-1200
518474865      +Boscov's,    PO Box 85619,    Richmond, VA 23285-5619
518479704     ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     Dept 55953,    P O Box 55000,
                Detroit MI,    48255-0953)
518474868      +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
518474869      +Genesis FS Card,    PO Box 4477,    Beaverton, OR 97076-4401
518474872      +JC Penny,    PO Box 6497,    Sioux Falls, SD 57117-6497
518474874      +Mariner Finance,    814 White Horse Pike, Ste 1,    Oaklyn, NJ 08107-1266
518474875      +Mercury -FBT,    1415 Warm Springs,    Columbus, GA 31904-8366
518474877      +Mr. Cooper Mortgage Co.,    8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
518524967      +PNC BANK, NATIONAL ASSOCIATION,    Frank J. Martone,    1455 BROAD STREET,
                BLOOMFIELD, NJ 07003-3068
518474878      +PNC Bank, NA,    Atten: Frank Martone, PC,    1455 Broad Street,    Bloomfield, NJ 07003-3068
518474880      +Raymour & Flanigan,    PO Box 220,    Liverpool, NY 13088-0220
518474882      +State of New Jersey,    Dept. of Treasury,    PO Box 302,    Trenton, NJ 08646-0302
518493092      +Towd Point Mortgage Trust,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518490439      +U.S. Bank National Association,    c/o RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2019 23:56:52      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2019 23:56:49      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518474866      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2019 00:04:03      Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
518474867      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2019 00:04:12      Credit One Bank,
                PO Box 60500,    City of Industry, CA 91716-0500
518474870      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 30 2019 23:56:17      GM Financial,
                PO Box 78142,    Phoenix, AZ 85062-8142
518474871      +E-mail/Text: BKRMailOPS@weltman.com Oct 30 2019 23:56:24      Jared,    375 Ghent Road,
                Akron, OH 44333-4601
518474873      +E-mail/Text: bk@lendingclub.com Oct 30 2019 23:57:15      Lending Club,    71 Stevenson Lane,
                San Francisco, CA 94105-2985
518474876      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 31 2019 00:03:05      Merrick Bank,
                PO Box 660702,    Dallas, TX 75266-0702
518474879      +E-mail/Text: bankruptcy@prosper.com Oct 30 2019 23:57:18      Prosper,    221 Main Street,
                San Francisco, CA 94105-1909
518474881       E-mail/Text: jennifer.chacon@spservicing.com Oct 30 2019 23:57:41
                Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
518477987      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 00:04:33      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518491871*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    PO BOX 62180,
                COLORADO SPRINGS  CO 80962-2180)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Oct 30, 2019
                             Form ID: pdf901          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
          Anthony   Landolfi    on behalf of Debtor Vincent   Sceno, Jr. anthony@landolfilaw.com,
           kathy@landolfilaw.com
          Anthony   Landolfi    on behalf of Joint Debtor Leigh A. Willis-Sceno anthony@landolfilaw.com,
           kathy@landolfilaw.com
          Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT   PNC BANK, NATIONAL ASSOCIATION
           bky@martonelaw.com
          Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
           America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
           hkaplan@rasnj.com,   informationathnk@aol.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   Towd Point Mortgage Trust 2019-SJ2, U.S. Bank
           National Association, as Indenture Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```