| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>830033<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2019-PM8 | |
|---|---|
| In Re:<br><br>LEIGH A. WILLIS-SCENO<br>VINCENT SCENO A/K/A VINCENT SCENO, JR | Case No: 19-28153 - JNP<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2019-PM8</u> with regards to its mortgage. Said Mortgage was recorded on June 26, 2007, Book MB 10674, Page 289 on the real property, located at 539 LINCOLN AVENUE, PAULSBORO, NJ 08066-1136 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: November 8, 2019    /s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501

Email: nicholas.rogers@phelanhallinan.com