Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                    Case No.:  19−28153−JNP
                                    Chapter:  13
                                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vincent Sceno Jr.                                  Leigh A. Willis−Sceno
   539 Lincoln Avenue                          539 Lincoln Avenue
   Paulsboro, NJ 08066                       Paulsboro, NJ 08066

Social Security No.:
   xxx−xx−0256                                        xxx−xx−1185

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
## OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

      Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: December 9, 2019
JAN: admi

                                                                             Jeanne Naughton
                                                                             Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                        Case No. 19-28153-JNP
Vincent Sceno, Jr.                                            Chapter 13
Leigh A. Willis-Sceno
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1                Date Rcvd: Dec 09, 2019
                              Form ID: finmgtc         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.
db/jdb         +Vincent Sceno, Jr.,    Leigh A. Willis-Sceno,    539 Lincoln Avenue,    Paulsboro, NJ 08066-1136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 00:01:11     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 00:01:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:
              Anthony   Landolfi    on behalf of Debtor Vincent  Sceno, Jr. anthony@landolfilaw.com,
               kathy@landolfilaw.com
              Anthony   Landolfi    on behalf of Joint Debtor Leigh A. Willis-Sceno anthony@landolfilaw.com,
               kathy@landolfilaw.com
              Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT   PNC BANK, NATIONAL ASSOCIATION
               bky@martonelaw.com
              Harold N. Kaplan    on behalf of Creditor   U.S. Bank National Association, as Trustee for Banc of
               America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
               hkaplan@rasnj.com,   informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Nicholas V. Rogers    on behalf of Creditor   U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR
               TOWD POINT MASTER FUNDING TRUST 2019-PM8 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   Towd Point Mortgage Trust 2019-SJ2, U.S. Bank
               National Association, as Indenture Trustee rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor   U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR
               TOWD POINT MASTER FUNDING TRUST 2019-PM8 nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10