| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>830033<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2019-PM8 | |
| In Re:<br><br>LEIGH A. WILLIS-SCENO<br>VINCENT SCENO, JR | Case No: 19-28153 - JNP<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Andrew Spivack</u>, Esquire will be substituted for as attorney of record for secured creditor U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2019-PM8 in this case.[1]

Date: December 12, 2019         /s/ Nicholas V. Rogers
                                Nicholas V. Rogers, Esq
                                Withdrawing Attorney

Date: December 12, 2019         /s/ Andrew L. Spivack
                                Andrew L. Spivack, Esq
                                Superseding Attorney
                                Phelan Hallinan & Diamond, PC
                                1617 JFK Boulevard, Suite 1400
                                Philadelphia, PA 19103
                                Tel: 856-813-5500 Ext. 1566
                                Fax: 856-813-5501
                                Email:
                                andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>830033<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2019-PM8 | |
| In Re:<br><br>Leigh A. Willis-sceno<br>Vincent Sceno, Jr | Case No: 19-28153 - JNP<br><br>Hearing Date: n/a<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Cathy Fiorentino:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2019-PM8 in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On December 12, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   December 12, 2019                    /s/ *Cathy Fiorentino*
                                               Cathy Fiorentino

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Leigh A. Willis-sceno<br>539 Lincoln Avenue, Paulsboro, NJ 08066-1136 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Vincent Sceno, Jr<br>539 Lincoln Avenue, Paulsboro, NJ 08066-1136 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Anthony Landolfi, Esquire<br>295 Bridgeton Pike<br>P.o. Box 111<br>Mantua, NJ 08051 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.