| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esquire<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee |
| In Re:<br>　　　Vinent Sceno, Jr.<br>　　　Leigh A. Willis-Sceno |

Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  19-28153 JNP

Chapter: 13

Hearing Date:  5/5/2020
Judge:  Jerrold N. Poslusny Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 28, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as,    572 North Delaware Street, Paulsboro NJ 08066**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 19-28153-JNP
Vincent Sceno, Jr.                                                                       Chapter 13
Leigh A. Willis-Sceno
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 28, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
db/jdb         +Vincent Sceno, Jr.,    Leigh A. Willis-Sceno,    539 Lincoln Avenue,    Paulsboro, NJ 08066-1136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR
               TOWD POINT MASTER FUNDING TRUST 2019-PM8 nj.bkecf@fedphe.com
              Anthony   Landolfi    on behalf of Debtor Vincent  Sceno, Jr. anthony@landolfilaw.com,
               kathy@landolfilaw.com
              Anthony   Landolfi    on behalf of Joint Debtor Leigh A. Willis-Sceno anthony@landolfilaw.com,
               kathy@landolfilaw.com
              Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National
               Association, as Indenture Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT   PNC BANK, NATIONAL ASSOCIATION
               bky@martonelaw.com
              Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
               America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
               hkaplan@rasnj.com,    informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ2, U.S. Bank
               National Association, as Indenture Trustee rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR
               TOWD POINT MASTER FUNDING TRUST 2019-PM8 nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 12