Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-28153 (JNP)**

Vincent Sceno, Jr. and Leigh A. Willis-Sceno  
539 Lincoln Avenue  
Paulsboro, NJ  08066

Monthly Payment: $1,271.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/21/2020 | $1,271.00 | 02/18/2020 | $1,271.00 | 03/16/2020 | $1,271.00 | 04/14/2020 | $1,271.00 |
| 05/18/2020 | $1,271.00 | 06/17/2020 | $1,271.00 | 07/20/2020 | $1,271.00 | 08/17/2020 | $1,271.00 |
| 09/21/2020 | $1,271.00 | 10/19/2020 | $1,271.00 | 11/23/2020 | $1,271.00 | 12/21/2020 | $1,271.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | VINCENT SCENO, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANTHONY LANDOLFI, ESQUIRE | 13 | $2,560.00 | $2,560.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING, LLC | 33 | $4,634.36 | $0.00 | $4,634.36 | $0.00 |
| 3 | BOROUGH OF PAULSBORO | 24 | $10,956.97 | $6,013.66 | $4,943.31 | $0.00 |
| 4 | BOSCOV'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $1,725.00 | $0.00 | $1,725.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $2,188.91 | $0.00 | $2,188.91 | $0.00 |
| 7 | FORD MOTOR CREDIT COMPANY, LLC | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ACAR LEASING LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $656.03 | $0.00 | $656.03 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,662.90 | $0.00 | $1,662.90 | $0.00 |
| 11 | JARED | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING, LLC | 33 | $6,306.89 | $0.00 | $6,306.89 | $0.00 |
| 13 | MARINER FINANCE, LLC | 28 | $3,359.88 | $0.00 | $3,359.88 | $0.00 |
| 14 | MERCURY -FBT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MERRICK BANK | 33 | $1,440.56 | $0.00 | $1,440.56 | $0.00 |
| 16 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PNC BANK, N.A. | 24 | $10,359.28 | $5,685.61 | $4,673.67 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $7,634.89 | $0.00 | $7,634.89 | $0.00 |
| 19 | WELLS FARGO BANK, N.A. | 24 | $144.69 | $79.41 | $65.28 | $0.00 |
| 20 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 28 | $925.54 | $0.00 | $925.54 | $0.00 |
| 22 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | Anthony Landolfi | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | LEIGH A. WILLIS-SCENO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | VINCENT SCENO JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | CAPITAL ONE BANK USA, N.A. | 33 | $2,797.51 | $0.00 | $2,797.51 | $0.00 |
| 28 | LVNV FUNDING, LLC | 33 | $917.79 | $0.00 | $917.79 | $0.00 |
| 29 | LVNV FUNDING, LLC | 33 | $8,056.95 | $0.00 | $8,056.95 | $0.00 |
| 30 | WELLS FARGO BANK, N.A. | 33 | $566.32 | $0.00 | $566.32 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 2.00 | $0.00 |
| 12/01/2019 | 1.00 | $1,900.00 |
| 01/01/2020 | Paid to Date | $1,271.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $15,252.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,328.48 |
| Arrearages: | ($950.00) |
| Attorney: | ANTHONY LANDOLFI, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**