52625
Morton & Craig, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for ACAR Leasing LTD d/b/a GM Financial Leasing
JM5630_____

|  |  |
|---|---|
| IN RE:  VINCENT SCENO, JR.<br>         LEIGH A. WILLIS-SCENO | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER: 13<br>CASE NO: 19-28153 (JNP)<br>HEARING DATE:<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

ACAR Leasing LTD d/b/a GM Financial Leasing hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for ACAR Leasing LTD d/b/a GM Financial Leasing with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

ACAR Leasing LTD d/b/a GM Financial Leasing., pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to ACAR Leasing LTD d/b/a GM Financial Leasing by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

ACAR Leasing LTD d/b/a GM Financial Leasing
4000 Embarcadero Dr.
Arlington, Texas 76014

ACAR Leasing LTD d/b/a GM Financial Leasing, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

    /s/   John R. Morton, Jr.
John R. Morton, Jr., Esquire
Attorney for ACAR Leasing  LTD d/b/a GM  Financial Leasing

Dated: