ANDREW B. FINBERG [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 19-28153 (JNP)**

Vincent Sceno, Jr. and Leigh A. Willis-Sceno
539 Lincoln Avenue
Paulsboro, NJ  08066

Monthly Payment: $1,271.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/20/2023 | $1,271.00 | 02/17/2023 | $1,271.00 | 03/20/2023 | $1,271.00 | 04/18/2023 | $1,271.00 |
| 05/22/2023 | $1,271.00 | 06/20/2023 | $1,271.00 | 07/21/2023 | $1,271.00 | 08/17/2023 | $1,271.00 |
| 09/18/2023 | $1,271.00 | 10/23/2023 | $1,271.00 | 11/20/2023 | $1,271.00 | 12/15/2023 | $1,271.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | VINCENT SCENO, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANTHONY LANDOLFI, ESQUIRE | 13 | $2,560.00 | $2,560.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING, LLC | 33 | $4,634.36 | $4,020.70 | $613.66 | $1,682.09 |
| 3 | BOROUGH OF PAULSBORO | 24 | $6,608.07 | $6,608.07 | $0.00 | $0.00 |
| 4 | BOSCOV'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE, N.A. | 33 | $1,725.00 | $1,496.59 | $228.41 | $626.12 |
| 6 | LVNV FUNDING, LLC | 33 | $2,188.91 | $1,899.07 | $289.84 | $794.49 |
| 7 | FORD MOTOR CREDIT COMPANY, LLC | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ACAR LEASING LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $656.03 | $569.16 | $86.87 | $238.10 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,662.90 | $1,442.71 | $220.19 | $603.56 |
| 11 | JARED | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING, LLC | 33 | $6,306.89 | $5,471.76 | $835.13 | $2,289.16 |
| 13 | MARINER FINANCE, LLC | 28 | $3,359.88 | $3,359.88 | $0.00 | $0.00 |
| 14 | MERCURY -FBT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MERRICK BANK | 33 | $1,440.56 | $1,249.81 | $190.75 | $522.88 |
| 16 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PNC BANK, N.A. | 24 | $10,359.28 | $10,359.28 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $7,634.89 | $6,623.91 | $1,010.98 | $2,771.19 |
| 19 | WELLS FARGO BANK, N.A. | 24 | $440.24 | $440.24 | $0.00 | $0.00 |
| 20 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 28 | $925.54 | $925.54 | $0.00 | $0.00 |
| 22 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | Anthony Landolfi | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | LEIGH A. WILLIS-SCENO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | VINCENT SCENO JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 27 | CAPITAL ONE, N.A. | 33 | $2,797.51 | $2,427.08 | $370.43 | $1,015.41 |
| 28 | LVNV FUNDING, LLC | 33 | $917.79 | $796.26 | $121.53 | $333.13 |
| 29 | LVNV FUNDING, LLC | 33 | $8,056.95 | $6,990.09 | $1,066.86 | $2,924.38 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 10/01/2019 | 2.00 | $0.00 |
| 12/01/2019 | 1.00 | $1,900.00 |
| 01/01/2020 | Paid to Date | $1,271.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period : | $15,252.00 |
| Total paid to creditors this period : | $13,800.51 |
| Undistributed Funds on Hand : | $1,148.98 |
| Arrearages : | $321.00 |
| Attorney : | ANTHONY LANDOLFI, ESQUIRE |

THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.