| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br>VINCENT SCENO, JR.,<br><br>                        Debtor. | Case No.:  19-28153<br>Chapter:  13<br>Judge:  Jerrold N. Poslusny |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Vincent Sceno, Jr._____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 6-17-2024

Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

*rev.6/16/17*