| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Vincent Sceno Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0256<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Leigh A. Willis–Sceno<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1185<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–28153–JNP | | |

## Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vincent Sceno Jr.                                      Leigh A. Willis–Sceno

<u>7/18/24</u>                                                         **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                 Case No. 19-28153-JNP

Vincent Sceno, Jr.                                                     Chapter 13

Leigh A. Willis-Sceno

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 3180W | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Sceno, Jr., Leigh A. Willis-Sceno, 539 Lincoln Avenue, Paulsboro, NJ 08066-1136 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101-4982 |
| cr | + | U.S.BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FO, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518474864 | + | Borough of Paulsboro, Tax Collector, 1211 Delaware Street, Paulsboro, NJ 08066-1200 |
| 518474872 | + | JC Penny, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518474874 | + | Mariner Finance, 814 White Horse Pike, Ste 1, Oaklyn, NJ 08107-1266 |
| 518474877 | + | Mr. Cooper Mortgage Co., 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 518524967 | + | PNC BANK, NATIONAL ASSOCIATION, Frank J. Martone, 1455 BROAD STREET, BLOOMFIELD, NJ 07003-3068 |
| 518474878 | + | PNC Bank, NA, Atten: Frank Martone, PC, 1455 Broad Street, Bloomfield, NJ 07003-3068 |
| 518580302 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518474882 | + | State of New Jersey, Dept. of Treasury, PO Box 302, Trenton, NJ 08646-0302 |
| 518493092 | + | Towd Point Mortgage Trust, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Jul 19 2024 00:37:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 18 2024 20:53:00 | U.S. Bank National Association, as Trustee for Ban, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518499411 | + | EDI: PHINAMERI.COM | Jul 19 2024 00:37:00 | ACAR Leasing LTD, PO Box 183853, Arlington, TX 76096-3853 |
| 518474862 | + | EDI: BANKAMER | Jul 19 2024 00:37:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518474863 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 18 2024 21:04:24 | Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518474865 | | EDI: CAPITALONE.COM | Jul 19 2024 00:37:00 | Boscov's, PO Box 85619, Richmond, VA 23285-5619 |
| 518474866 | + | EDI: CAPITALONE.COM | Jul 19 2024 00:37:00 | Capital One, PO Box 30281, Salt Lake City, UT |

Case 19-28153-JNP    Doc 55    Filed 07/20/24    Entered 07/21/24 00:16:50    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | 84130-0281 |
| 518552898 | + | EDI: AIS.COM | Jul 19 2024 00:37:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518474867 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2024 21:04:14 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518479704 | | Email/Text: EBNBKNOT@ford.com | Jul 18 2024 20:55:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 518491871 | | Email/Text: EBNBKNOT@ford.com | Jul 18 2024 20:55:00 | Ford Motor Credit Company, LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-2180 |
| 518474868 | + | Email/Text: EBNBKNOT@ford.com | Jul 18 2024 20:55:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 520179388 | + | EDI: AISACG.COM | Jul 19 2024 00:37:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518474870 | + | EDI: PHINAMERI.COM | Jul 19 2024 00:37:00 | GM Financial, PO Box 78142, Phoenix, AZ 85062-8142 |
| 518474869 | + | EDI: PHINGENESIS | Jul 19 2024 00:37:00 | Genesis FS Card, PO Box 4477, Beaverton, OR 97076-4401 |
| 518598074 | | EDI: JEFFERSONCAP.COM | Jul 19 2024 00:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518474871 | + | Email/Text: BKRMailOPS@weltman.com | Jul 18 2024 20:54:00 | Jared, 375 Ghent Road, Akron, OH 44333-4601 |
| 518545741 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:16:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518474873 | + | EDI: LENDNGCLUB | Jul 19 2024 00:37:00 | Lending Club, 71 Stevenson Lane, San Francisco, CA 94105-2934 |
| 518589523 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 20:53:00 | MARINER FINANCE, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 518563394 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 21:04:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518474875 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 18 2024 20:53:00 | Mercury -FBT, 1415 Warm Springs, Columbus, GA 31904-8366 |
| 518474876 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 21:04:13 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 518592964 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2024 20:53:00 | PNC Bank National Association, PO Box 94982, Cleveland, OH 44101 |
| 518474879 | ^ | MEBN | Jul 18 2024 20:49:43 | Prosper, 221 Main Street, San Francisco, CA 94105-1909 |
| 518575324 | | EDI: Q3G.COM | Jul 19 2024 00:37:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518474880 | ^ | MEBN | Jul 18 2024 20:53:46 | Raymour & Flanigan, PO Box 220, Liverpool, NY 13088-0220 |
| 518560094 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:16:32 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518474881 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 18 2024 20:55:00 | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518477987 | ^ | MEBN | Jul 18 2024 20:53:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518598957 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 18 2024 20:55:00 | Towd Point Mortgage Trust et. al,, c/o Select |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 518563029 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2024 20:53:00 | Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250<br><br>U.S. BANK NATIONAL ASSOCIATION, NATIONSTAR MORTGAGE LLC DBA MR.COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9096 |
| 518601583 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Jul 18 2024 20:55:00 | | U.S. BANK TRUST NATIONAL ASSOCIATION, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 518490439 | + | Email/Text: RASEBN@raslg.com | Jul 18 2024 20:53:00 | U.S. Bank National Association, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518588207 | | EDI: WFFC2 | Jul 19 2024 00:37:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Anthony Landolfi | on behalf of Debtor Vincent Sceno Jr. anthony@landolfilaw.com, kathy@landolfilaw.com |
| Anthony Landolfi | on behalf of Joint Debtor Leigh A. Willis-Sceno anthony@landolfilaw.com kathy@landolfilaw.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ2  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | |

District/off: 0312-1 | User: admin | Page 4 of 4

Date Rcvd: Jul 18, 2024 | Form ID: 3180W | Total Noticed: 50

| | |
|---|---|
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11