Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–28153–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Vincent Sceno Jr.                                              Leigh A. Willis–Sceno
539 Lincoln Avenue                                         539 Lincoln Avenue
Paulsboro, NJ 08066                                        Paulsboro, NJ 08066

Social Security No.:
  xxx–xx–0256                                                   xxx–xx–1185

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 19, 2024</u>           <u>Jerrold N. Poslusny Jr.</u>
                                                          Judge, United States Bankruptcy Court